UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
DS NORDEN A/S,

        Plaintiff,

 -against-

GENERAL NICE RESOURCES (HONG KONG) LTD.,

        Defendant.
------------------------------------------------------------- x

**ORDER**

09 Civ. 1346 (GEL)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/09

GERARD E. LYNCH, District Judge.:

 On February 13, 2009, plaintiff DS Norden A/S filed a Verified Complaint for damages amounting to $899,692.33, inclusive of interest, costs, and attorneys' and arbitrators' fees, and praying for the issuance of an ex parte order for Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

 On April 20, 2009, the Court received a letter from plaintiff pursuant to the Court's February 18, 2009, Order. In that letter, plaintiff stated that funds had been attached and that plaintiff had commenced arbitration in London. Plaintiff also requested leave to continue serving the Process of Maritime Attachment. The request is granted. Plaintiff may serve the Process of Maritime Attachment and Garnishment for an additional 60 days.

 In its next status letter to the Court, plaintiff is directed to include the amount of funds attached in this action and the dates funds were attached, and to detail the progress of the arbitration proceeding.

SO ORDERED.

Dated: New York, New York
   April 21, 2009

               _____
               GERARD E. LYNCH
               United States District Judge